IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RODNEY CULLEN, | § | |
| | § | |
| Respondent Below, | § | No. 345, 2020 |
| Appellant, | § | |
| | § | |
| | § | Court Below – Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DANIELA COWLEY, | § | |
| | § | File No. CN16-02303 |
| Petitioner Below, | § | Petition No. 19-30905 |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: June 9, 2021
Decided: June 22, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## <u>ORDER</u>

On this 22nd day of June, 2021, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its September 28, 2020 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice